1
2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

11
12
13
14
15   ROBERTA A. CARTER,              ) ED CV 10-959-SH
                                     )
16                 Plaintiff,        ) JUDGMENT
          v.                         )
17                                   )
     MICHAEL J. ASTRUE,              )
18   Commissioner of Social Security )
     Administration,                 )
19                                   )
                   Defendant.        )
20   _____ )

21
         IT IS ADJUDGED that Judgment is entered in favor of Plaintiff, the decision
22
     of the Commissioner is reversed  and remanded pursuant  to Sentence 4  of
23
     42 U.S.C.§ 405(g).
24
     DATED: March 3, 2011
25
26
     _____
27         STEPHEN J. HILLMAN
           UNITED STATES MAGISTRATE JUDGE
28