Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax   (714) 564-8641
Email:  shannyjlee@gmail.com

Attorney for plaintiff Roberta Carter

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA CARTER | ) No. ED CV 10-959-SH |
| | ) |
| PLAINTIFF, | ) [RDER AWARDING EAJA FEES |
| v. | ) |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) ) ) ) |
| DEFENDANT | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of THREE THOUSAND TWO HUNDRED DOLLARS and 00/100's ($3,200.00) plus costs in the amount of THREE HUNDRED FIFTY dollars ($350.00) for a total of THREE THOUSAND FIVE HUNDRED FIFTY dollars and 00/100's ($3,550.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: March 22, 2011

_____/s/_____
HONORABLE STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE